Mildred Anna Wilmoth, Administratrix of Estate of Earl Edwin Wilmoth, Deceased, Appellant, v. William G. Clutts, Appellee, and Lloyd O. Clutts and Retta Clutts, Defendants (not Appellees).

Term No. 48M8.

opinion filed September 29, 1948; released for publication October 28, 1948. Lansden & Lansden, for appellant; Dewey & Cummins and Asa J. Wilbourn, for appellee; Dorothy Wilbourn and John G. Holland, of counsel. Opinion by JUSTICE BARDENS. Not to be published in full.

Shell Oil Company, Appellee, v. Valentine Transfer and Storage Company, Appellant.

Gen. No. 10,224.

opinion filed October 14, 1948; released for